# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>　　　　　　Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (JKS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, in his capacity as Liquidating Trustee of the WOODBRIDGE LIQUIDATION RUST,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>ARBUCKLE MANAGEMENT LLC, an Indiana limited liability company,<br><br>　　　　　　Defendant. | Adv. Proc. No.: 19-51074 (JKS)<br><br>**Ref. Docket No. 22** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK　　)
　　　　　　　　　　　　) ss.:
COUNTY OF NEW YORK　)

SHARNA WILSON, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Class Action and Claims Solutions, Inc., located at 777 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 19, 2021, I caused to be served the "Notice of Voluntary Dismissal of Adversary Proceeding," dated April 19, 2021 [Docket No. 22], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to the parties listed on the annexed Exhibit A.

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification number are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

3. The envelope utilized in the service of the foregoing contained the following legend: LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Sharna Wilson*
Sharna Wilson

Sworn to before me this
20th day of April, 2021
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2022

# EXHIBIT A

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| ARBUCKLE MANAGEMENT LLC | ATTN: JAYSON GILBERT, R/A | 7271 SHADELAND AVE | | | CASTLETON | IN | 46250 |
| ARBUCKLE MANAGEMENT LLC | ATTN: MICHAEL ARBUCKLE | 7950 N. SHADELAND AVE, SUITE 300 | | | NDIANAPOLIS | IN | 46250 |